# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DARLENE M. HILL AND MICHAEL J. HILL, H/W | : No. 645 MAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Superior Court |
| | : |
| | : |
| CROZER CHESTER MEDICAL CENTER D/B/A TAYLOR HOSPITAL | : |
| | : |
| STEPHEN G. YUSEM, ESQUIRE, Intervenor | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: STEPHEN G. YUSEM, ESQUIRE, | : |
| | : |
| Intervenor | : |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 30th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

　　Mr. Justice Eakin did not participate in the decision of this matter.